UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
Criminal Minutes-Sentencing

Cov.Cr. **22-28-DLB-CJS**      at COVINGTON      **5/10/2024**

U.S. vs. **JAY M. SADRINIA, D.M.D.**      **X** Present      **X** Bond

PRESENT:  **HON. DAVID L. BUNNING, JUDGE**

| **Lynn Voskuhl** | **Lisa Wiesman** | **Hannah Benjamin** |
|---|---|---|
| Deputy Clerk | Court Reporter | Law Clerk |

**Katherine Payerle/Thomas Campbell**
Assistant U.S. Attorneys

**Benjamin Glassman/G. Lukus Burton**
Attorneys for Defendant      **X** Present      **X** Retained

---

Representatives of the victim were present in the courtroom, and gave impact statements.
The Court adopts the Presentence Report, including the guideline calculations, prepared by the United States Probation Office as its findings.

---

**X** No objections to the Presentence Report.

**X** Court's Advice of Right to Appeal shall be filed in the record.

**X** **After the 14 days for the filing of a Notice of Appeal has expired**, defense counsel shall file a **Notice** that he has discussed with the defendant the right to file an appeal and that the defendant has made the determination not to file an appeal. If a Notice of Appeal is filed, then the Notice required under this paragraph would not be required.

**X** Judgment shall be entered (See Judgment and Commitment).

**X** Defendant's oral motion to remain on bond pending his appeal is hereby **DENIED** for reasons stated on the record. Defendant remanded to the U.S. Marshal Service pending the designation by the Bureau of Prisons.

cc: USA,USPO,USM,COR                                    Initials of Deputy Clerk: **lv**

| TIC | 2 | 30 |
|---|---|---|